# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHRISTOPHER ANDRADE, on behalf of himself and on behalf of all others similarly situated, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-24-1337-J |
| | ) | |
| FARMERS UNION HOSPITAL ASSOCIATION d/b/a GREAT PLAINS REGIONAL MEDICAL CENTER, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | | |
| MADISON BALDWIN, on behalf of herself and on behalf of all others similarly situated, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-24-1338-J |
| | ) | |
| FARMERS UNION HOSPITAL ASSOCIATION d/b/a GREAT PLAINS REGIONAL MEDICAL CENTER, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | | |
| CHRISTOPHER EVANS, on behalf of himself and on behalf of all others similarly situated, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-24-1339-J |
| | ) | |
| FARMERS UNION HOSPITAL ASSOCIATION d/b/a GREAT PLAINS REGIONAL MEDICAL CENTER, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

JENNIFER MCATEE, on behalf of herself )
and on behalf of all others similarly situated, )
                                     )
      Plaintiff,                   )
                                     )
v.                                  )      Case No. CIV-24-1340-J
                                     )
FARMERS UNION HOSPITAL      )
ASSOCIATION d/b/a GREAT PLAINS   )
REGIONAL MEDICAL CENTER,      )
                                     )
      Defendant.                )

ROBERT MCBRAYER, on behalf of     )
himself and on behalf of all others similarly )
situated,                            )
                                     )
      Plaintiff,                   )
                                   )
v.                                  )      Case No. CIV-24-1341-J
                                     )
FARMERS UNION HOSPITAL      )
ASSOCIATION d/b/a GREAT PLAINS   )
REGIONAL MEDICAL CENTER,      )
                                     )
      Defendant.                )

BRIAN SKINNER on behalf of himself and )
on behalf of all others similarly situated,   )
                                     )
      Plaintiff,                   )
                                   )
v.                                  )      Case No. CIV-24-1342-J
                                     )
FARMERS UNION HOSPITAL      )
ASSOCIATION d/b/a GREAT PLAINS   )
REGIONAL MEDICAL CENTER,      )
                                     )
      Defendant.                )

JAKE VANSPYKER, on behalf of himself )
and on behalf of all others similarly situated, )
                                               )
              Plaintiff,                       )
                                               )
v.                                             )        Case No. CIV-24-1343-J
                                               )
FARMERS UNION HOSPITAL                         )
ASSOCIATION d/b/a GREAT PLAINS                 )
REGIONAL MEDICAL CENTER,                       )
                                               )
              Defendant.                       )

## ORDER

Before the Court are Plaintiffs' Unopposed Motions to Consolidate Related Actions and Plaintiffs' Unopposed Motions to Appoint Interim Co-Lead Class Counsel.  Upon review of the unopposed motions and the memoranda of law in support, the Court GRANTS the unopposed motions and ORDERS as follows:

1.       The above-captioned cases shall be consolidated for all purposes, including pretrial proceedings and trial, pursuant to Federal Rule of Civil Procedure 42(a) (the Consolidated Action) before this Court.

2.       All subsequently filed or transferred actions arising out of the same set of operative facts that name Farmers Union Hospital Association d/b/a Great Plains Regional Medical Center (GPRMC or Defendant) as a defendant shall be consolidated for all purposes, including pretrial proceedings and trial, pursuant to Federal Rule of Civil Procedure 42(a).

3.       All pleadings filed in the Consolidated Action shall be filed under Case No. CIV-24-1337-J, the number assigned to the first-filed case and shall bear the following caption:

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

IN RE:  GREAT PLAINS REGIONAL   )   Case No. CIV-24-1337-J
MEDICAL CENTER DATA BREACH  )   This Document Relates To:
LITIGATION   )

      4.     The case file for the Consolidated Action will be maintained under Case No. CIV-24-1337-J.  When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set forth above.  When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in the action shall appear immediately after the words "This Document Relates To:" in the caption identified above, *e.g.,* CIV-24-1343-J (Vanspyker).

      5.     The parties shall file a Notice of Related Action whenever a case that should be consolidated into this action is filed in, transferred to, or removed to this Court.

      6.     If the Court determines that the case is related, the Court Clerk shall:

      (a)    Place a copy of this Order in the court file for such case;

      (b)    Provide to Plaintiffs' counsel in the new case a copy of this Order and direct that this Order be served upon defendant(s) in the new case; and

      (c)    Make an appropriate entry in Case No. CIV-24-1337-J.

      7.     Kennedy M. Brian of Federman & Sherwood and A. Brooke Murphy of Murphy Law Firm are hereby appointed Interim Co-Lead Class Counsel to act on behalf of Plaintiffs and the putative class with the responsibilities set forth below:

      (a)    Determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of the putative Class on all matters arising during pretrial proceedings;

(b)     Coordinate the initiation and conduct of discovery on behalf of the putative class consistent with the requirements of Oklahoma law and the local rules of this Court;

(c)     Convene meetings amongst counsel;

(d)     Conduct settlement negotiations on behalf of the putative class;

(e)     Delegate tasks to other plaintiffs' counsel as needed and appropriate in a manner to ensure that pretrial preparation is conducted efficiently and effectively;

(f)     Negotiate and enter into stipulations with opposing counsel as necessary for the conduct and efficient advancement of the litigation;

(g)     Monitor the activities of all counsel to ensure that schedules and litigation deadlines are being met and unnecessary expenditures of time and funds are avoided;

(h)     Ensure that all counsel comport with the billing and expense protocol being used by the leadership team and that will be submitted to the Court for approval;

(i)     Perform such other duties as may be incidental to the proper coordination of pretrial activities or authorized by further order of this Court;

(j)     Serve as the primary contact for communications between the Court and other counsel;

(k)     Ensure that all notices, orders, and material communications are properly distributed (to the extent that they are not otherwise served on counsel via the Court's electronic filing system);

(l)     Communicate with defense counsel as necessary to promote the efficient advancement of this litigation;

(m)     Allocate and apportion any court awarded attorneys' fees, costs, and expenses; and

(n)     Perform all other duties or tasks as are necessary to the prosecution of this matter on behalf of the putative class.

8.      This Order shall apply to the Consolidated Action and all subsequently filed or transferred actions arising out of the same set of operative facts that include GPRMC as a defendant.

9.      The Court also hereby SETS the following briefing schedule:

(a)     Plaintiffs shall file a Consolidated Class Action Complaint within **45 days** of the date of this Order;

(b)     Defendant shall file an Answer or Motion to Dismiss within **45 days** of the filing of Plaintiffs' Consolidated Class Action Complaint;

(c)     If Defendant files a motion to dismiss, Plaintiffs shall have **45 days** to respond in opposition thereto, and Defendant shall have **21 days** to file a reply in support of its motion to dismiss.

IT IS SO ORDERED this 13th day of January, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE